**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000132**
**25-JUN-2025**
**09:27 AM**
**Dkt. 15 ODSD**

NO. CAAP-25-0000132

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016 CTT,
Plaintiff-Appellee, vs.
ALAN BROOKS BRAM, Defendant-Appellant,
and
CIT BANK, Defendant-Appellee,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE CORPORATIONS 1-20,
DOE ENTITIES 1-20, and DOE GOVERNMENTAL UNITS 1-20, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC19100153K)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka, and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On March 6, 2025, self-represented Defendant-Appellant Alan Brooks Bram (**Bram**) filed a notice of appeal.

(2) The record on appeal was due on or before May 5, 2025, see Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 11(b)(1), but was not filed because Bram failed to pay the filing fees or obtain a fee waiver.

(3) On May 8, 2025, the appellate clerk entered a default of the record on appeal, informing Bram that the time to docket the record on appeal had expired, Bram had not paid the filing fees, the record on appeal cannot be prepared and filed without full payment of all fees or an order allowing Bram to proceed on appeal *in forma pauperis*, the matter would be brought to the court's attention on May 19, 2025 for action that may

include dismissal of the appeal, and Bram could seek relief from default by motion.

(4) Bram has not taken any further action in this appeal. An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed *in forma pauperis*. HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 25, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge